UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CAN TECHNOLOGIES, INC.,

              *Plaintiff*,

   -against-

OPTIMA BESIN MADDELERI
SAN. VE TIC. A.S.,

             *Defendant.*

------------------------------------------------x



JUDGE BAER

07 CIV 9541

RULE 7.1 STATEMENT

RECEIVED OCT 25 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CAN Technologies, Inc. ("CAN Tech") (a private non-governmental party) certifies that CAN Tech is 100% owned by Cargill Incorporated.

Dated: October 25, 2007
       New York, New York

                                    Thomas E. Engel
                                    James G. McCarney
                                    Grace L. Chan
                                    HOWREY LLP
                                    153 East 53rd Street, 54th Floor
                                    New York, NY 10022
                                    (212) 896-6500
                                    (212) 896-6501 (Fax)

                                    *Attorneys for Plaintiff.*

*Of Counsel*:

Allen Hinderaker
William Schultz
MERCHANT & GOULD, P.C.
3200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402-2215
(612) 332-5300
(612) 332-9081 (Fax)