

**HOWREY** LLP

3rd Street, Floor 54
New York, NY 10022
T 212.896.6500
F 212.896.6501
www.howrey.com



January 22, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1·24·08

U.S. DISTRICT JUDGE
S.D.N.Y.

Direct Dial 212.896.6553
File 01392.0480.000000

BY FACSIMILE

Hon. Harold Baer, Jr.
United States District Court
500 Pearl Street
Chambers 2230
New York, New York 10007

Re:    *Can Technologies v. Optima Besin,* 07-cv-09541

Dear Judge Baer:

On behalf of plaintiff Can Technologies, Inc., I write to request an adjournment of the pretrial conference currently scheduled for January 24, 2008 at 3 p.m. The defendant has not yet been served, and the deadline under FED. R. CIV. P. 4(m) does not expire until February 22, 2008. Ms. Elwick advises that the Court is available on February 28, 2008, by which time we anticipate service will have been effected. Pursuant to Your Honor's Individual Rules, I enclose a current copy of the docket report for the case.

Respectfully,

Grace L. Chan

Enclosure

ORDERED

Baer, Jr., U.S.D.J.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:20972712_1