

**HOWREY** LLP

153 East 53rd Street, Floor 54
New York, NY 10022
T 212.896.6500
F 212.896.6501
www.howrey.com

RECEIVED

FEB 25 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Direct Dial 212.896.6553
File 01392.0480.000000

February 25, 2008

BY FACSIMILE

Hon. Harold Baer, Jr.
United States District Court
500 Pearl Street
Chambers 2230
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

Re:    *CAN Technologies v. Optima Besin,* 07-cv-09541

Dear Judge Baer:

On behalf of plaintiff CAN Technologies, Inc., we write to request a 90-day adjournment of the pretrial conference currently scheduled for February 28, 2008 at 3 p.m. Your Honor granted one previous adjournment on January 23, 2008 to allow time for completion of service of process. Plaintiff has in the interim commenced service under the Hague Convention as defendant is located in Turkey. Although there is no way to predict with certainty how long it will take the Turkish authorities to complete service, we would hope that this would be accomplished within 90 days and request that the conference be adjourned for a like period. Pursuant to Your Honor's Individual Rules, I enclose a current copy of the docket report for the case.

Respectfully,

Grace L. Chan

Enclosure

*[Handwritten annotation:]* I will adjourn to May 22 at 2:06 PM. You need no option on the adjourned but you must appear on. Do or risk dismissal.

SO ORDERED

_____
U.S.D.J.

2/25/08

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

I will adjourn to May 22 at 2:00 P.M. and you need not appear on 2/28 but you must appear on the adjourned date or risk dismissal.