

HOWREY LLP

153 East 53rd Street, Floor 54
New York, NY 10022
www.howrey.com

James G. McCarney
Partner
T 212.896.6565
F 914.462.3275
mccarneyj@howrey.com

June 24, 2008

RECEIVED
JUN -- 2008
U.S. DISTRICT JUDGE
S.D.N.Y

BY FACSIMILE

Hon. Harold Baer
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

Re: **CAN Technologies, Inc. v. Optima Besin Maddeleri San. Ve Tic. A.S.**
**07 Civ. 9541 (HB)**

Dear Judge Baer:

On behalf of plaintiff CAN Technologies, Inc., I write to update the Court on the status of service of process and to request a thirty-day adjournment of tomorrow's conference. We have received information that service of process on the defendant in Turkey has been effected under the Hague Convention. We also understand that defendant is in the process of retaining counsel and anticipate being contacted by such counsel within the next two weeks. Plaintiff accordingly requests that tomorrow's conference be adjourned for thirty days when all parties may be present. We will undertake to advise defense counsel of any adjourned date set by the Court.

Respectfully,

James G. McCarney

JGM:is

*[Handwritten note from Judge:]* Adj to Aug 7, 08 at 3 PM & before we can move forward with a PTSO/draft to be completed we need to move forward now with this adversary. So Ordered.

Harold Baer, Jr., U.S.D.J.
6/24/08

Endorsement:

    Adjourned to August 7, 2008 at 3 P.M. if service is complete we can and will move forward NOW with a PTSO start drafting with your adversary.