# HOWREY LLP

153 East 53rd Street, Floor 54
New York, NY 10022
T 212.896.6500
F 212.896.6501
www.howrey.com

Direct Dial 212.896.6553
File 01392.0480.000000

August 5, 2008

RECEIVED
AUG 05 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

BY FACSIMILE

Hon. Harold Baer, Jr.
United States District Court
500 Pearl Street
Chambers 2230
New York, New York 10007

Re:  *CAN Technologies v. Optima Besin*, 07-cv-09541

Dear Judge Baer:

On behalf of plaintiff CAN Technologies, Inc., we write to request a 30-day adjournment of the pretrial conference currently scheduled for August 7, 2008 at 3 p.m. to allow time for completion of service of process under the Hague Convention. On July 16 we were informed by the Turkish Central Authority that service had been attempted but was unsuccessful due to defendant's change of address. We were able to determine defendant's new address and resubmitted our Hague request to the Turkish Authority on July 29. We are in communication with the Turkish Authority and are hopeful that service will be effected within the additional 30-day period. We will undertake to advise the Court if service is effected sooner. Pursuant to Your Honor's Individual Rules, we enclose a current copy of the docket report for the case.

Respectfully,

Grace L. Chan

Call chambers for date in Sept & hrir

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 8/6/08

Enclosure

AMSTERDAM   BRUSSELS   CHICAGO   EAST PALO ALTO   HOUSTON   IRVINE   LONDON   LOS ANGELES
MADRID   MUNICH   NEW YORK   NORTHERN VIRGINIA   PARIS   SALT LAKE CITY   SAN FRANCISCO   TAIPEI   WASHINGTON, DC